UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:15-CR-26-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| WILLIAM EARL HINTON | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for October 20, 2015, in New Bern. The case is hereby CONTINUED to that term of criminal court commencing on December 8, 2015 in New Bern, NC.

This  2nd  day of  October  2015.

*(signature)*

Louise Wood Flanagan
U.S. District Judge